FILED
August 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002862651

Nicholas Wajda SBN 259178
**Price Law Group, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
(818) 995-4540 Telephone
(818) 995-9277 Fax

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No: 10-35601 |
| RANJEEV SINGH and | Docket Control No.: PLG-1 |
| BUBBY AULAKH, | Chapter 13 |
| Debtors. | Date: September 20, 2010<br>Time: 9:00 a.m.<br>Place: 501 I Street, 7th Floor, #28<br>Sacramento, CA<br>Judge: McManus<br>Dept: A |

## DEBTORS' MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE 11 USC 554

Debtors move the court as follow:

1. Ranjeev Singh is self-employed as a truck driver. Debtor uses the name Avighna.

2. Debtors scheduled certain business assets in this case in Schedule B, including a 2000 Freightliner 18-Wheeler and a 53' Reefer Trailer valued at $18,900.00. Schedule B is attached as Exhibit A.

3. All business assets were claimed as exempt in Schedule C. Schedule C is attached as Exhibit B.

4. Debtor believes that all scheduled business assets and operations are of no consequence or burdensome to the estate.

5. Debtor requests the Court to compel the Trustee to abandon all scheduled business assets and operations from the estate.

**Wherefore**, Debtors pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate.
2. For other relief the Court deems just and proper.

Date: August 17, 2010

Respectfully Submitted,
PRICE LAW GROUP, APC

_____
Nicholas Wajda
Attorneys for Debtors